# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 18-8085MJ |
| Jose Jimenez-Anzaldo, | ) |
| (A207 675 385) | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

**Count 1:**

On or about March 20, 2018, at or near Casa Grande, in the County of Pinal, in the District of Arizona, Jose Jimenez-Anzaldo, knowingly and with reckless disregard of the fact that certain aliens, Manuel Aguilar-Aguilar and Pedro Lopez-Acevedo, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, and for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (B)(i).

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

REVIEWED BY: AUSA Cassie Woo for AUSA Jonathan Hornok

Signature of Complainant
Matthew D. Emrich
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, March 20, 2018, at Phoenix, Arizona.

Signature of Judicial Officer
Honorable John Z. Boyle
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Matthew D. Emrich, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Border Patrol Agent with U.S. Border Patrol, U.S. Customs and Border Protection. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other agents.

2. On March 20, 2018, Border Patrol Agent (BPA) Sanchez responded to an assistance call from the Arizona Department of Public Safety (DPS) on Interstate 10 milepost 189. BPA Sanchez arrived on scene and noticed that the DPS officer had stopped a Grey, 2006 Dodge Charger along the side of the road. DPS Trooper J. Belloc (Badge# 10314) informed him that he had stopped the vehicle for an improper light on the license plate. DPS Trooper J. Belloc stated that when he spoke to the four occupants of the vehicle, three of them had Mexican identification cards, and possessed no other documentation allowing them to be present in the United States, so he requested Border Patrol assistance.

3. BPA Sanchez conducted an immigration check on the four subjects and determined that the driver, identified as Jose Jimenez-Anzaldo, was legally present in the United States via the Deferred Action for Childhood Arrivals (DACA). The other three subjects were determined to be citizens and nationals of Mexico present in the United State illegally without any immigration documents allowing them to enter or remain in

1

the United States legally. Two of the subjects were identified as, Manuel Aguilar-Aguilar, and Pedro Lopez-Acevedo. All subjects were arrested and transported to the Casa Grande Border Patrol Station for further processing.

4. At the Casa Grande Border Patrol Station, Jose Jimenez-Anzaldo was read his Miranda Rights via form I-214. Jimenez-Anzaldo stated he understood his rights, signed form I-214, and agreed to answer questions without an attorney present.

5. Jimenez-Anzaldo stated that he met a man named Fernando in Tucson, Arizona, who plays soccer at a park where Jimenez-Anzaldo exercises. Jimenez-Anzaldo stated that about two weeks ago Fernando told him that he smuggled people from Mexico to Tucson, Arizona. Fernando also told him that he then hired drivers to drive these people to Phoenix, Arizona and paid them $300 to $400 per trip.

6. On March 19, 2018, Fernando offered Jimenez-Anzaldo a job of transporting three people from Tucson, Arizona to Phoenix, Arizona. Jimenez-Anzaldo accepted the offer and was to be paid $300 to $400 for the trip. Fernando arranged for another person to escort Jimenez-Anzaldo to the location where the aliens were being kept. Jimenez-Anzaldo followed a black Toyota sedan to a house where the aliens were being kept. At the house, Jimenez-Anzaldo waited outside while the person he had followed retrieved the aliens and brought them out to Jimenez-Anzaldo's vehicle.

7. Jimenez-Anzaldo stated that three males walked out and entered his vehicle. One of the men sat in the front seat and the other two men sat in the rear seat. Jimenez-Anzaldo was instructed to drive to Phoenix, Arizona, and drop the aliens off at a

Denny's located on Baseline Road. Jimenez-Anzaldo admitted that he knew the individuals in the vehicle were not United States citizens, because he could tell they were from a different part of Mexico. Jimenez-Anzaldo stated that he got onto the highway and was pulled over by DPS before he reached his destination.

8. One of the smuggled aliens, later identified as Manuel Aguilar-Aguilar, stated that he was born in Oaxaca, Mexico and was present in the United States illegally. Aguilar-Aguilar stated that he traveled to Altar, Sonora, Mexico, and then paid a smuggler $5,500 to smuggle him to Santa Maria, California. Aguilar-Aguilar stated that he jumped the United States/Mexico international boundary fence with his cousin, later identified as Pedro Lopez-Acevedo, and another person with whom he walked for approximately six hours until they reached an unknown location in the desert where they were picked by a vehicle. The vehicle drove toward Tucson, Arizona, stopped before the Border Patrol checkpoint, and dropped them off. They walked for two days around the checkpoint, were picked up by another vehicle, and were taken to a house where they slept for the night. The next day a grey, four-door truck arrived to pick them up. The driver of the vehicle told them to get in and to put on their seat belts. The driver asked Aguilar-Aguilar where he was from and he replied, "Oaxaca." Aguilar-Aguilar stated that they drove towards Phoenix, Arizona and were pulled over by the police. Aguilar-Aguilar stated that he did not pay any money to the driver but figured he would have to pay once he arrived to Phoenix, Arizona.

9. Aguilar-Aguilar was shown a six-pack photo lineup. He was instructed to look at the

3

photos and identify anyone he knew. He was told that he was under no obligation to identify anyone. Aguilar-Aguilar looked at the photos and circled one of the pictures who he identified as the driver. The picture that he circled was of Jose Jimenez-Anzaldo.

10. Another smuggled alien, identified as, Pedro Lopez-Acevedo, stated that he traveled to Altar, Sonora, Mexico, and found a human smuggler, who agreed to smuggle him from Mexico to California for a fee of $5,000. Lopez-Acevedo stated that he was taken to a house in Mexico where he paid Felipe the $5,000. After a day at the house he was taken to a ranch near the United States/Mexico border, where he and two other men crossed illegally into the United States. Lopez-Acevedo stated that Felipe guided them for approximately forty-five minutes, then left them and then guided them via cell phone for the rest of the way.

11. They walked for a day and then met up with another foot guide, "Marcos," who took them toward Tucson, Arizona, and around the Border Patrol checkpoint. When the group reached Tucson, Arizona, they were taken to a house. Lopez-Acevedo stated that a young man arrived to pick them up and take them to Phoenix, Arizona. Lopez-Acevedo stated that "Marcos" loaded them into the vehicle and they proceeded toward Phoenix, Arizona. Lopez-Acevedo stated that they did not stop until they were pulled over by the police.

12. Lopez-Acevedo was shown a six-pack photo lineup. He was instructed to look at the photos and identify anyone he knew. He was told that he was under no obligation to

identify anyone. Lopez-Acevedo looked at the photos and positively identified the subject in photo number 5 as the driver, Jose Jimenez-Anzaldo.

13. Based on the above stated facts, your affiant submits that there is probable cause to believe that on or about March 20, 2018, at or near Casa Grande, Arizona in the County of Pinal, in the District of Arizona, Jose Jimenez-Anzaldo, knowingly and with reckless disregard of the fact that a certain aliens, Manuel Aguilar-Aguilar, and Pedro Lopez-Acevedo, had come to, enter and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(i).

_____
Signature of Complainant
Matthew D. Emrich
U.S. Border Patrol Agent

Sworn to and subscribed before me this 20th day of March, 2018.

_____
Signature of Judicial Officer
Honorable John Z. Boyle
United States Magistrate Judge

5