IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**United States of America**

　v.

**Jose Ramon Jimenez-Anzaldo**

*PETTY*
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No. 18-MJ-8085-PHX-DKD**

Alex Gonzalez (CJA)
Attorney for Defendant

USM#:90495-408

**THE DEFENDANT ENTERED A PLEA OF** guilty on April 6, 2018 to the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(2) and Title 18, U.S.C. §2, Aiding and Abetting an Alien to Elude the Examination and Inspection of Immigration Officers of the United States, a Class B Misdemeanor offense, as charged in the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **ONE HUNDRED TWENTY (120) DAYS**, with credit for time served.

**IT IS ORDERED** that the Complaint is dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED      **FINE:** WAIVED      **RESTITUTION:** N/A

On motion of the Government, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **April 6, 2018**

Dated this 6th day of April, 2018.

_____
David K. Duncan
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                    By:      Deputy Marshal